FILED
FEB -4 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

DANIEL PASTOR (CABN 297948)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6778
FAX: (415) 436-7200
daniel.pastor@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JACOB MULLANY,<br>Defendant. | CASE NO. CR 19-519 EMC<br><br>UNITED STATES' APPLICATION TO UNSEAL INDICTMENT AND ARREST WARRANT; [PROPOSED] ORDER |

The United States, through undersigned counsel, respectfully moves this Court to unseal the Indictment and Arrest Warrant in the above-captioned matter. The defendant is currently being held in state custody on state felony charges. The United States moves to unseal the indictment to provide the defendant notice that he has also been indicted on a federal felony charge.

DATED: February 4, 2020

Respectfully submitted,

DAVID L. ANDERSON
United States Attorney

/s/ [signature]
DANIEL PASTOR
Assistant United States Attorney

**[PROPOSED] ORDER**

On the motion of the United States, and good cause appearing therefor, the Court HEREBY ORDERS that the Indictment and arrest warrant in the above-captioned matter be unsealed.

IT IS SO ORDERED.

DATED: 2/4/2020

HONORABLE JOSEPH C. SPERO
United States Magistrate Judge